# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-5503, 26-3852

**Case Name** Guardant Health, Inc. v. Natera, Inc.

Hearing Location (*city*) Honolulu

Your Name Seth P. Waxman

List the sitting dates for the two sitting months you were asked to review:

February 8, 2027 - February 12, 2027; June 7, 2027 - June 11, 2027

Do you have an irreconcilable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on June 11, 2027 because I need to travel in order to be able to attend a family wedding in Massachusetts the morning of June 12, 2027.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Seth P. Waxman **Date** 10/16/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*